UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 15-12097-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

ERMINTUDE OLIVER WRIGHT
XXX-XX-5493

DEBTOR_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$3,049.03** remaining in her bank account which represents unpresented checks drawn and mailed to debtor pursuant to the final distribution under U.S.C. 726, 1226, or 1326 in a case under the Chapter 13 in the above-named case. The Trustee has made a good faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Deposit of Funds was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 13th day of March, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 15-12097-BKC-PGH

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ERMINTUDE OLIVER WRIGHT
533 CRESTA CIRCLE
WEST PALM BEACH, FL  33413

**ATTORNEY FOR DEBTOR**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BANK BUILDING
10 NW LEJEUNE ROAD
SUITE 620
MIAMI, FL  33126-5431

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  15-12097-BKC-PGH

ATTACHMENT

# NOTICE OF DEPOSIT OF FUNDS WITH
# THE UNITED STATES BANKRUPTCY COURT CLERK

## ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.: 15-12097-BKC-PGH**

CLAIMANT:  ERMINTUDE OLIVER WRIGHT
533 CRESTA CIRCLE
WEST PALM BEACH, FL  33413